IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JERMAINE BELL,            )   Civ. No. 17-1221
        Plaintiff,        )   Judge Kelly
  -vs-                    )
BUREAU OF ALCOHOL, TOBACCO, )  MOTION FOR EXTENSION
AND EXPLOSIVES,           )   OF TIME
        Defendant.        )

Now comes Jermaine Bell (hereinafter "Plaintiff"), acting in pro per, and hereby moves for a thirty (30) day extension of time to file his final reply in the above entitled case.

The prison where Plaintiff is incarcerated is presently lock-down. Because of this lock-down Plaintiff is unable to prepare his final reply in this case. The prison comes off of lock-down on December 3, 2018 and Plaintiff will be able to prepare his final reply.

Based on the above, Plaintiff requests that the motion be granted.

Respectfully submitted,

Jermaine Bell
Jermaine Bell
Plaintiff in pro per
Reg. No. 33031-037
USP Allenwood
P.O. Box 3000
White Deer, PA 17887

RECEIVED
Mail Room
DEC - 6 2018
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing this 23rd day of November, 2018, was served upon the following:

Patricia McBride
Assistant U.S. Attorney
Civil Division
555 4th St., NW, Room E-4808
Washington, DC 20530

/s/ Jermaine Bell
Jermaine Bell

Case 1:17-cv-01221-TJK   Document 22   Filed 12/06/18   Page 3 of 3

INMATE NAME/NUMBER: Larry Dusenbery
FEDERAL CORRECTIONAL COMPLEX-ALLENWOOD
P.O. BOX 3000   United States Penitentiary Allenwood
WHITE DEER, PA 17887

HARRISBURG PA 171
29 NOV 2018 PM 1 L

Mailed From US Penitentiary

United States District Court
For the District of Columbia
Office of the Clerk
E. Barrett Prettyman Courthouse
Washington, DC 20001

20001-216799